IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. **SEALED**   1:24-mj-13-WCM

| UNITED STATES OF AMERICA | **ORDER SEALING COMPLAINT AND RELATED DOCUMENTS** |
|---|---|
| v. | |
| JOSEPH LEE BARNES | |

UPON MOTION of the United States of America for an order directing that the Complaint, Affidavit, Warrant, Motion to Seal, and this Order be sealed to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Warrant, Motion to Seal, and this Order be sealed until further order of this Court.

Signed: March 13, 2024

W. Carleton Metcalf
United States Magistrate Judge