UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSEPH LEE BARNES )<br>) | DOCKET NO. 1:24-mj-13<br><br>**ORDER** |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, Affidavit, and Arrest Warrant in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Complaint, Affidavit, and Arrest Warrant in the above-captioned case be unsealed.

This 14th day of March 2024.

_____
HONORABLE W. CARLETON METCALF
U.S. MAGISTRATE COURT JUDGE